IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3023-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| FREDRICK ROBERTSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came on for hearing on the motion, filing 33, of Kevin J. Oursland, Esq., to withdraw as defendant's counsel for the reason that Robert Mozenter, Esq., has entered his appearance on behalf of defendant.

IT IS THEREFORE ORDERED:

Kevin J. Oursland is granted leave to withdraw as counsel for the defendant effective immediately.

DATED this 24th day of May 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge